**UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE**

United States of America

    v.                        Criminal No. 04-cr-79-1-PB

Peter L. Robbins

**O R D E R**

On December 16, 2008, defendant appeared for a "probable cause" hearing under Fed. R. Crim. P. 32.1 on eight alleged violations of conditions of supervision.  He waived his preliminary hearing and I therefore find probable cause to hold him for a revocation hearing.

Defendant sought bail conditions under Rule 32.1(a)(6). Under Rule 32.1(a)(6) defendant bears the burden of establishing by clear and convincing evidence that he will not flee and that he poses no danger to any other person or to the community. Defendant has continued to drink, continued to consort with a convicted felon and has now been accused of fondling a twelve year old girl while drunk.  He is a danger to the community and unlikely to abide by conditions.  There are no conditions which are likely to assure his presence and the safety of the community.

Accordingly, it is ORDERED that the defendant be detained

pending trial.

The defendant is committed to the custody of the Attorney General or her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

                                                    /s/ James R. Muirhead
                                                    James R. Muirhead
                                                    United States Magistrate Judge

Date: December 16, 2008

cc:   Bjorn R. Lange, Esq.
      Donald A. Feith, US Attorney
      U.S. Marshal
      U.S. Probation